In re  **William Joseph Nolan, III    Martha Louise Hemphill-Nolan**        Case No.  09-31456
_____        _____
Debtors        (If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐        Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.    ....8215<br><br>**All Points Waste Service, Inc.**<br>P.O. Box 2458<br>Indian Trail, NC 28079 | | J | **Hemphill-Nolan Realty Group, Inc.**<br>**BUSINESS** | | | | 726.89 |
| ACCOUNT NO.    ....L050<br><br>**American Burglar Alarms**<br>P.O. Box 241897<br>Charlotte, NC 28224-1897 | | J | **Hemphill-Nolan Realty Group, Inc.**<br>**BUSINESS** | | | | 3,145.77 |
| ACCOUNT NO.    ....1001<br><br>**American Express**<br>P.O. Box 650448<br>Dallas, TX 75265-0448 | | J | **Hemphill-Nolan Group**<br><br>**BUSINESS** | | | | 1,086.47 |
| ACCOUNT NO.    ....9689<br><br>**America's Servicing Co.**<br>P.O. Box 9039<br>Temecula, CA 92589-9039 | | W | **10 acres Vermillian House** | | | | 530,615.00 |

18   Continuation sheets attached

Subtotal  ➢  $          535,574.13

Total  ➢  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **William Joseph Nolan, III   Martha Louise Hemphill-Nolan**         Case No. __09-31456_____
_____
                        Debtors                                                          (If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. ....2452 <br><br> **Applied Bank** <br> **P.O. Box 17120** <br> **Wilmington, DE 19886-7120** | | W | | | | | 1,117.39 |
| ACCOUNT NO. ....0220 <br><br> **ASC Construction Equipment, USA** <br> **9115 Harris Corners Parkway** <br> **Suite 450** <br> **Charlotte, NC 28269** | | J | **Hemphill-Nolan Realty Group, Inc.** <br> **BUSINESS** | | | | 239.94 |
| ACCOUNT NO. ....5818 <br><br> **ATC Engineering** <br> **1841 West Oak Pkwy.** <br> **Suite F** <br> **Marietta, GA 30062-2216** | | J | **Hemphill-Nolan Realty Group, Inc.** <br> **BUSINESS** | | | | 485.00 |
| ACCOUNT NO. ....7160 <br><br> **B & L of Florence, Inc.** <br> **P.O. Box 5839** <br> **Florence, SC  29502** | | J | **Hemphill-Nolan Realty Group, Inc.** <br> **BUSINESS** | | | | 2,390.27 |
| ACCOUNT NO. ....7766 <br><br> **Bailey and Dixion Firm** <br> **P.O. Box 1352** <br> **Raleigh, NC 27602** | | J | **Hemphill-Nolan Realty Group, Inc.** <br> **BUSINESS** | | | | 2,815.55 |

Sheet no. _1_ of _18_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $     **7,048.15**

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **William Joseph Nolan, III   Martha Louise Hemphill-Nolan**                Case No.  **09-31456**
                                    Debtors                                              (If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   ....9481 <br><br> **Bloomingdales** <br> **P.O. Box 183083** <br> **Columbus, OH 43218-3083** | | W | | | | | **1,771.13** |
| ACCOUNT NO. <br><br> **Blount, Jr., Norman R.** <br> **and James Smith** <br> **22045 Preswick Dr.** <br> **Ft. Mill, SC 29707** | | J | | | | | **30,000.00** |
| ACCOUNT NO.   ....414 <br><br> **Blowing Rock** <br> **Town of Blowing Rock** <br> **1036 Main Street** <br> **P.O. Box 47** <br> **Blowing Rock, NC 28605** | | J | | | | | **490.53** |
| ACCOUNT NO.   ....1021 <br><br> **Blythe Construction, Inc.** <br> **P.O. Box 31635** <br> **Charlotte, NC 28231** | | J | **Hemphill-Nolan Realty Group, Inc.** <br> **BUSINESS** | | | | **6,163.13** |
| ACCOUNT NO.   ....MNOL <br><br> **Brewer Hendley Oil** <br> **P.O. Box 769** <br> **Marshville, NC 28103** | | J | **Hemphill-Nolan Realty Group, Inc.** <br> **BUSINESS** | | | | **3,258.72** |

Sheet no.  2  of  18  continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $ **41,683.51**

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **William Joseph Nolan, III   Martha Louise Hemphill-Nolan**                    Case No.  **09-31456**
                                                    Debtors                                                                    (If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   ....330M <br><br>**Brough Law Firm** <br>**1829 E. Franklin St.** <br>**800-A** <br>**Chapel Hill, NC 27514** | | J | **Hemphill-Nolan Realty Group, Inc.** <br>**BUSINESS** | | | | **20,565.91** |
| ACCOUNT NO.   ....8390 <br><br>**Caldwell County Tax Coll.** <br>**P.O. Box 2200** <br>**Lenoir, NC 28645** | | J | | | | | **2,305.96** |
| ACCOUNT NO.   ....6309 <br><br>**Capital One** <br>**P.O. Box 71083** <br>**Charlotte, NC 28272-1083** | | H | | | | | **6,231.41** |
| ACCOUNT NO.   ....5197 <br><br>**Capital One** <br>**P.O. Box 15153** <br>**Charlotte, NC 28272-1083** | | W | | | | | **1,553.58** |
| ACCOUNT NO.   ....4369 <br><br>**Capital One** <br>**P.O. Box 71083** <br>**Charlotte, NC 28272-1083** | | J | | | | | **1,698.54** |

Sheet no.  3 of 18 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal  ➢  $  **32,355.40**

Total  ➢  $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)**

In re **William Joseph Nolan, III    Martha Louise Hemphill-Nolan**          Case No. **09-31456**

Debtors                                                          (If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. ....3742 <br><br> **Capital One** <br> **P.O. Box 71083** <br> **Charlotte, NC 28272-1083** | | J | Hemphill-Nolan Group <br><br> **BUSINESS** | | | | **5,890.85** |
| ACCOUNT NO. ....8683 <br><br> **Capital One** <br> **P.O. Box 71083** <br> **Charlotte, NC 28272-1083** | | W | | | | | **251.70** |
| ACCOUNT NO. ....9420 <br><br> **Capital One** <br> **P.O. Box 71083** <br> **Charlotte, NC 28272-1083** | | J | | | | | **887.00** |
| ACCOUNT NO. ....4441 <br><br> **Capital One** <br> **P.O. Box 71083** <br> **Charlotte, NC 28272-1083** | | H | | | | | **569.46** |
| ACCOUNT NO. <br><br> **Carolina Custom Walls** <br> **3592 Keever Dairy Farm Rd.** <br> **Iron Station, NC 28080** | | J | Hemphill-Nolan Realty Group, Inc. <br> **BUSINESS** | | | | **1,050.00** |

Sheet no. _4_ of _18_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ **8,649.01**

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

In re **William Joseph Nolan, III   Martha Louise Hemphill-Nolan**                 Case No. **09-31456**
_____
                                    **Debtors**                                                    **(If known)**

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> **Carolina Mailboxes** <br> **327-C West Tremont Ave.** <br> **Charlotte, NC 28203** | | J | **Hemphill-Nolan Realty Group, Inc.** <br> **BUSINESS** | | | | **8,744.67** |
| ACCOUNT NO.   **....5314** <br><br> **Carolina Tractor & Equipment** <br> **9000 Statesville Rd.** <br> **Charlotte, NC 28269-7642** | | J | **Hemphill-Nolan Realty Group, Inc.** <br> **BUSINESS** | | | | **4,115.20** |
| ACCOUNT NO. <br><br> **Charles H. Cranford** <br> **Cranford, Schultz** <br> **7257 Pineville Matthews Rd.** <br> **Suite 2100** <br> **Charlotte, NC 28226** | | J | **ADDED 6/11/09** | | | | **NPO** |
| ACCOUNT NO.   **....6286** <br><br> **Chase** <br> **P.O. Box 15153** <br> **Wilmington, DE 19886-5153** | | W | | | | | **2,376.98** |
| ACCOUNT NO.   **....8330** <br><br> **Chase** <br> **P.O. Box 15153** <br> **Wilmington, DE 19886-5153** | | H | | | | | **5,246.32** |

Sheet no.  5  of 18 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤   $          **20,483.17**

Total  ➤   $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **William Joseph Nolan, III    Martha Louise Hemphill-Nolan**                    Case No.  **09-31456**
_____
Debtors                                                                                          (If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   ....4144<br><br>**Chase<br>P.O. Box 15153<br>Wilmington, DE 19886-5153** | | H | | | | | **5,116.85** |
| ACCOUNT NO.   ....7932<br><br>**Chase<br>P.O. Box 15153<br>Wilmington, DE  19886-5153** | | W | | | | | **4,460.72** |
| ACCOUNT NO.   ....4495<br><br>**Citi Platinum<br>P.O. Box 182564<br>Columbus, OH 43218-2564** | | W | | | | | **969.15** |
| ACCOUNT NO.   ....0125<br><br>**CPI Security<br>4200 Sandy Porter Rd.<br>Charlotte, NC 28273** | | J | **Hemphill-Nolan Realty Group, Inc.<br>BUISNESS** | | | | **3,145.45** |
| ACCOUNT NO.   ....4375<br><br>**Crafters Choice<br>P.O. Box 5023<br>New York, NY 10163** | | W | | | | | **327.62** |

Sheet no.  6  of 18  continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $        **14,019.79**

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **William Joseph Nolan, III   Martha Louise Hemphill-Nolan**          Case No.  <u>09-31456</u>
_____
 Debtors                                         (If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Denninger, Jeff & Susanne**<br>**4103 Hermes Lane**<br>**Waxhaw, NC 28173** | | J | **ADDED 6/11/09** | | | | **162,000.00** |
| ACCOUNT NO.<br>**Edwards, Lawrence R.**<br>**19907 Wymna Way**<br>**Germantown, MD 20874** | | J | | | | | **Notice** |
| ACCOUNT NO.   **....0.000**<br>**ESP Associates, PA**<br>**P.O. Box 7030**<br>**Charlotte, NC 28241** | | J | **Hemphill-Nolan Realty Group, Inc.**<br>**BUSINESS** | | | | **1,165.00** |
| ACCOUNT NO.<br>**Express Sign Works**<br>**P.O. Box 2726**<br>**Indian Trail, NC 28079** | | J | **Hemphill-Nolan Realty Group, Inc.**<br>**BUSINESS** | | | | **7,484.83** |
| ACCOUNT NO.<br>**Ezzell, Vaughn T.**<br>**P.O. Box 282**<br>**Waxhaw, NC 28173** | | J | **15.49 acres V. Ezzell** | | | | **1,090,500.00** |

Sheet no. <u>7</u> of <u>18</u> continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal  ➤  $ **1,261,149.83**

Total  ➤  $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **William Joseph Nolan, III   Martha Louise Hemphill-Nolan**             Case No.  **09-31456**
                                              **Debtors**                                                         **(If known)**

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Gallery of Flowers** <br> **9009-5 J.M. Keynes Dr.** <br> **Charlotte, NC 28262** | | J | **Hemphill-Nolan Realty Group, Inc.** <br> **BUSINESS** | | | | **4,191.52** |
| ACCOUNT NO.   **....0663** <br> **Good Cook** <br> **P.O. Box 5023** <br> **New York, NY 10163** | | W | | | | | **369.64** |
| ACCOUNT NO. <br> **Hemphill, Frederick & Daniella** <br> **9716-B Rea Rd.** <br> **Box 140** <br> **Charlotte, NC 28277** | | J | **AMOUNT AMENDED 6/11/09** | | | | **185,000.00** |
| ACCOUNT NO.   **....7119** <br> **Hertz Equipment Rental** <br> **P.O. Box 65028** <br> **Dallas, TX 75265-0280** | | J | **Hemphill-Nolan Realty Group, Inc.** <br> **BUSINESS** | | | | **5,354.16** |
| ACCOUNT NO.   **....5454** <br> **Home Depot** <br> **P.O. Box 6029** <br> **The Lakes, NV 88901-6029** | | J | **Hemphill-Nolan Group** <br><br> **BUSINESS** | | | | **2,345.60** |

Sheet no.  8  of  18  continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal   ▶  $            **197,260.92**

Total   ▶  $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

In re  **William Joseph Nolan, III    Martha Louise Hemphill-Nolan**          Case No.  <u>09-31456</u>
_____
Debtors                                                            (If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **James River Equipment 635 Mocksville Hwy. Statesville, NC 28625** | | J | Hemphill-Nolan Realty Group, Inc. BUSINESS | | | | **40.90** |
| ACCOUNT NO.  **Koch Law Firm 3220 Prosperity Church Rd. Suite 201 Charlotte, NC 28269** | | J | | | | | **25,000.00** |
| ACCOUNT NO.  **Landscape Creations P.O. Box 1225 Indian Trail, NC 28079** | | J | Hemphill-Nolan Realty Group, Inc. BUSINESS | | | | **3,740.50** |
| ACCOUNT NO.  **Long's Dry Cleaning 918 E. Morehead St. Charlotte, NC 28204** | | W | | | | | **509.51** |
| ACCOUNT NO.  ....8144  **Lowes P.O. Box 53053-0914 Atlanta, GA 30353-0914** | | W | | | | | **3,457.23** |

Sheet no.  9  of  18  continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $        **32,748.14**

Total  ➤  $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)**

In re   **William Joseph Nolan, III   Martha Louise Hemphill-Nolan**                     Case No.  **09-31456**
                                    Debtors                                                              **(If known)**

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> **Lyndell Thompson** <br> **5817 Lebanon Rd.** <br> **Charlotte, NC 28227** | | J | **Hemphill-Nolan Realty Group, Inc.** <br> **BUSINESS** | | | | **6,900.00** |
| ACCOUNT NO.   **....6149** <br><br> **Main Street Bank** <br> **23970 US Highway 59 N** <br> **Kingwood, TX 77339** | | J | **ADDED 6/30/09** <br><br> **Hemphill-Nolan Realty** | | | | **Unknown** |
| ACCOUNT NO.   **....0662** <br><br> **Mainline Supply Co.** <br> **7025 Northwinds Dr., NW** <br> **Concord, NC 28027** | | J | **Hemphill-Nolan Realty Group, Inc.** <br> **BUSINESS** | | | | **954.09** |
| ACCOUNT NO. <br><br> **Marsh, Richard** <br> **828 E. Boulevard** <br> **Charlotte, NC 28203** | | J | | | | | **34,616.77** |
| ACCOUNT NO. <br><br> **McCoy Plumbing** <br> **10000 Community House Rd.** <br> **Charlotte, NC 28277** | | J | **Hemphill-Nolan Realty Group, Inc.** <br> **BUSINESS** | | | | **19,610.80** |

Sheet no.  10  of  18  continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal  ➢ $ **62,081.66**

Total  ➢ $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)**

In re   **William Joseph Nolan, III   Martha Louise Hemphill-Nolan**        Case No.   **09-31456**
        _____                              _____
                              Debtors                                                    (If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **McGee Brothers Company** <br> **4608 Carriker Rd.** <br> **Monroe, NC 28110** | | J | **Hemphill-Nolan Realty Group, Inc.** <br> **BUSINESS** | | | | **2,770.50** |
| ACCOUNT NO. <br> **Mecklenburg Medical Group** <br> **P.O. Box 70826** <br> **Charlotte, NC 28272-0826** | | H | | | | | **25.00** |
| ACCOUNT NO.   **....6753** <br> **Mod Space Offices** <br> **1200 Swedesford Rd.** <br> **Berwyn, PA 19312-1078** | | J | **Hemphill-Nolan Realty Group, Inc.** <br> **BUSINESS** <br><br> **LEASE of double wide unit** | | | | **2,358.72** |
| ACCOUNT NO.   **McGlone** <br> **NC Real Estate Comm.** <br> **P.O. Box 17100** <br> **Raleigh, NC 27619-7100** | | W | | | | | **16,000.00** |
| ACCOUNT NO.   **....0771** <br> **Neimans** <br> **P.O. Box 5235** <br> **Carol Stream, IL 60197-5235** | | W | | | | | **7,603.51** |

Sheet no.  11  of 18  continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $  **28,757.73**

Total  ➤  $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

In re   **William Joseph Nolan, III   Martha Louise Hemphill-Nolan**                Case No.   **09-31456**
_____
                                 Debtors                                                                    (If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Nolan, Marie**<br>**4298 Weddington-Matthews Rd.**<br>**Weddington, NC 28104** | | **J** | | | | | **68,000.00** |
| ACCOUNT NO.<br>**Nolan, Tom & Mary**<br>**20319 Middletown Rd.**<br>**Cornelius, NC 28031** | | **J** | | | | | **Unknown** |
| ACCOUNT NO.   **....1106**<br>**Nordstrom**<br>**P.O. Box 79134**<br>**Phoenix, AZ 85062-9134** | | **W** | | | | | **781.27** |
| ACCOUNT NO.   **....OLM1**<br>**Omnicare-Hickory**<br>**1257 25th St., SE**<br>**Hickory, NC 28602** | | **H** | | | | | **2,405.41** |
| ACCOUNT NO.<br>**Petrillo, Paul C.**<br>**1142 Carol Court**<br>**Weddington, NC 28104** | | **J** | | | | | **5,000.00** |

Sheet no.  12  of 18 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal  ➤  $   **76,186.68**

Total  ➤  $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  **William Joseph Nolan, III   Martha Louise Hemphill-Nolan**        Case No. **09-31456**
_____
   **Debtors**                                                                              (If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME,<br>MAILING ADDRESS<br>INCLUDING ZIP CODE,<br>AND ACCOUNT NUMBER<br>*(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.<br>IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Porta Jon<br>212 Bulb Avenue<br>Gastonia, NC 28052** | | J | **Hemphill-Nolan Realty Group, Inc.<br>BUSINESS** | | | | 2,207.28 |
| ACCOUNT NO.<br><br>**Providence Downs South, ACC<br>4298 Weddington Matthews Rd.<br>Weddington, NC 28104** | | J | **Hemphill-Nolan Realty Group, Inc.<br>BUSINESS** | | | | 347,000.00 |
| ACCOUNT NO.<br><br>**Providence Downs, ACC<br>4298 Weddington Matthews Rd.<br>Weddington, NC 28104** | | J | **Hemphill-Nolan Realty Group, Inc.<br>BUSINESS** | | | | 90,000.00 |
| ACCOUNT NO.<br><br>**R.D. Davis<br>P.O. Box 470085<br>Charlotte, NC 28247** | | J | **Hemphill-Nolan Realty Group, Inc.<br>BUSINESS** | | | | 64,333.91 |
| ACCOUNT NO.<br><br>**R.S. Braswell Company<br>P.O. Box 1197<br>Kannapolis, NC 28082** | | J | **Hemphill-Nolan Realty Group, Inc.<br>BUSINESS** | | | | 168.77 |

Sheet no. _13_ of _18_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $ **503,709.96**

Total ➤ $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

In re   **William Joseph Nolan, III   Martha Louise Hemphill-Nolan**          Case No.   **09-31456**
_____                              _____
                              **Debtors**                                        **(If known)**

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Residential Structures**<br>**4855 Milford Way**<br>**Ft. Mill, SC 29708** | | J | | | | | **3,625.40** |
| ACCOUNT NO.   **....2479**<br>**Saks**<br>**P.O. Box 5224**<br>**Carol Stream, IL 60197-5224** | | W | | | | | **2,573.30** |
| ACCOUNT NO.<br>**Simons, Noel F.**<br>**and Lawrence R. Edwards**<br>**19907 Wymna Way**<br>**Germantown, MD 20874** | | J | | | | | **30,000.00** |
| ACCOUNT NO.<br>**Smith, James**<br>**22045 Preswick Dr.**<br>**Ft. Mill, SC 29707** | | J | | | | | **Notice** |
| ACCOUNT NO.<br>**Sunrise on Providence 63155**<br>**P.O. Box 630500**<br>**Baltimore, MD 21263-0500** | | H | | | | | **8,641.77** |

Sheet no.  14 of 18 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal   > $         **44,840.47**

Total   >  $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)**

In re   **William Joseph Nolan, III   Martha Louise Hemphill-Nolan**          Case No.  **09-31456**
_____          _____
Debtors                                                                    (If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Sweep-A-Lot <br> P.O. Box 77024 <br> Charlotte, NC 28271-7000 | | J | Hemphill-Nolan Realty Group, Inc. <br> BUSINESS | | | | 616.25 |
| ACCOUNT NO. <br><br> The Corner Stone Masonry <br> of Charlotte <br> 632 Heritage View <br> Indian Trail, NC 28079 | | J | Hemphill-Nolan Realty Group, Inc. <br> BUSINESS | | | | 1,685.00 |
| ACCOUNT NO. <br><br> The Working Glass <br> P.O. Box 3090 <br> Indian Trail, NC 28079 | | J | Hemphill-Nolan Realty Group, Inc. <br> BUSINESS | | | | 1,697.50 |
| ACCOUNT NO. <br><br> TJ Masonry, Inc. <br> RE 1 Box 65-C <br> Polkton, NC 28135 | | J | Hemphill-Nolan Realty Group, Inc. <br> BUSINESS | | | | 3,000.00 |
| ACCOUNT NO. <br><br> Today's Custom Home <br> Consumer Source, Inc. <br> P.O. Box 402035 <br> Atlanta, GA 30384-2035 | | J | Hemphill-Nolan Realty Group, Inc. <br> BUSINESS | | | | 6,192.00 |

Sheet no. _15_ of _18_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤  $          **13,190.75**

Total ➤  $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> **Town of Weddington** <br> **1924 Weddington Rd.** <br> **Weddington, NC 28104** | | J | | | | | 658.27 |
| ACCOUNT NO. **Williamsburg Sub.** <br><br> **Union Cty. Tax Coll.** <br> **P.O. Box 38** <br> **Monroe, NC 28111-0038** | | J | | | | | 18,084.20 |
| ACCOUNT NO. <br><br> **Union Cty. Tax Coll.** <br> **P.O. Box 38** <br> **Monroe, NC 28111-0038** | | J | | | | | 16,986.46 |
| ACCOUNT NO. <br><br> **Union Cty. Tax Coll.** <br> **P.O. Box 38** <br> **Monroe, NC 28111-0038** | | J | **Hemphill-Nolan Realty Group** <br> **BUSINESS** | | | | 197.25 |
| ACCOUNT NO. <br><br> **Vandeventer Black, LLP** <br> **Two Hanover Sq.** <br> **Suite 2000** <br> **434 Fayetteville St.** <br> **Raleigh, NC 27601** | | W | | | | | 470.44 |

Sheet no. _16_ of _18_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $     **36,396.62**

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

In re  **William Joseph Nolan, III   Martha Louise Hemphill-Nolan**          Case No.  **09-31456**
_____
                              **Debtors**                                           **(If known)**

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   ....8682 <br><br> **Victoria Secret** <br> **P.O. Box 659728** <br> **San Antonio, TX 78265-9728** | | W | | | | | 1,116.25 |
| ACCOUNT NO.   ....8553 <br><br> **Vulcan Materials Company** <br> **P.O. Box 4239** <br> **Winston-Salem, NC 27115-4239** | | J | **Hemphill-Nolan Realty Group, Inc.** | | | | 52,843.72 |
| ACCOUNT NO.   ....5808 <br><br> **Wachovia Bank** <br> **Commercial Loan Serv.** <br> **P.O. Box 704502** <br> **Atlanta, GA 30374-0502** | | W | **Lot 413** <br> **BUSINESS-Beautiful View** | | | | 149,079.54 |
| ACCOUNT NO. <br><br> **Westra, Bob** <br> **7600 Park Rd.** <br> **Charlotte, NC 28210** | | W | | | | | 7,500.00 |
| ACCOUNT NO. <br><br> **Wetlands and Natural Resources** <br> **Consultants** <br> **P.O. Box 882** <br> **Canton, NC 28716** | | J | **Hemphill-Nolan Realty Group, Inc.** <br> **BUSINESS** | | | | 31,379.35 |

Sheet no. <u>17</u> of <u>18</u> continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $           **241,918.86**

Total ➤ $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

In re **William Joseph Nolan, III    Martha Louise Hemphill-Nolan**      Case No. **09-31456**
_____
Debtors                                                                        (If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.    ....6538<br><br>**Williams Scotsman Office Corporate Operations 8211 Town Center Dr. Baltimore, MD 21236** |  | J | **Hemphill-Nolan Realty Group, Inc. BUSINESS**<br><br>**LEASE of office space** |  |  |  | 1,752.51 |

Sheet no.  18  of  18  continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➢  $               1,752.51

Total  ➢  $        3,159,807.29

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re: <u>William Joseph Nolan, III     Martha Louise Hemphill-Nolan</u>,     Case No. <u>09-31456</u>
Debtors                                                                                          (If known)

# AMENDED SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **GE Capital**<br>**P.O. Box 3083**<br>**Cedar Rapids, IA 52406-3083** | **Lease John Deere 160 excavator for $2,161 per month.**<br>**Expires July, 2009** |
| **Main Street Bank**<br>**23970 US Highway 59 N**<br>**Kingwood, TX 77339** | **Lease exercise equipment for $1,294. Expires May, 2012.**<br>**Equipment located in Providence Downs S. Fitness Center.** |
| **Mod Space Offices**<br>**1200 Swedesford Rd.**<br>**Berwyn, PA 19312-1078** | **Lease double wide office located at 9805 NewTown Rd.,**<br>**Waxhaw, NC for $780** |
| **Williams Scotsman Office**<br>**Corporate Operations**<br>**8211 Town Center Dr.**<br>**Baltimore, MD 21236** | **Lease office at Churchhills Down Dr., Waxhaw, NC for**<br>**$584.17 per month.   Month to month.** |

**B6 Summary (Official Form 6 - Summary) (12/07)**

## United States Bankruptcy Court

## Western District of North Carolina

## Charlotte Division

In re  **William Joseph Nolan, III    Martha Louise Hemphill-Nolan** ,
Case No.    <u>09-31456</u>
Debtors

Chapter    <u>11</u>

# AMENDED - SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | $    6,615,000.00 | | |
| B - Personal Property | YES | 4 | $   10,145,051.00 | | |
| C - Property Claimed as Exempt | YES | 1 | | | |
| D - Creditors Holding Secured Claims | YES | 5 | | $    3,000,665.20 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 2 | | $         23,608.09 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 19 | | $    3,159,807.29 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I -  Current Income of Individual Debtor(s) | YES | 1 | | | $         24,000.00 |
| J - Current Expenditures of Individual Debtor(s) | YES | 2 | | | $         24,598.00 |
| TOTAL | | 37 | $   16,760,051.00 | $    6,184,080.58 | |

# United States Bankruptcy Court
## Western District of North Carolina
### Charlotte Division

In re  **William Joseph Nolan, III    Martha Louise Hemphill-Nolan**

Debtors

Case No.  **09-31456**

Chapter  **11**

## AMENDED - STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☑ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

This information is for statistical purposes only under 28 U.S.C. § 159.

Summarize the following types of liabilities, as reported in the Schedules, and total them.

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ 23,608.09 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ 0.00 |
| Student Loan Obligations (from Schedule F) | $ 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E. | $ 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ 0.00 |
| TOTAL | $ 23,608.09 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $ 24,000.00 |
| Average Expenses (from Schedule J, Line 18) | $ 24,598.00 |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $ 0.00 |

# United States Bankruptcy Court
## Western District of North Carolina
### Charlotte Division

In re **William Joseph Nolan, III  Martha Louise Hemphill-Nolan**

Debtors

Case No. **09-31456**

Chapter **11**

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $113,831.85 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ 23,608.09 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $0.00 |
| 4. Total from Schedule F | | $3,159,807.29 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $3,273,639.14 |