# United States Bankruptcy Court
# Western District of North Carolina

## MONTHLY STATUS REPORT

IN RE: *William Nolan and Martha Louise Hemphill-Nolan*

CASE NO: *09-31456*

Reporting Period:

FROM: *3-01-2010*

TO: *3-31-2010*

I certify under penalty of perjury that the information contained in the attached Monthly Status Report consisting of __*11*__ pages (including exhibits and attachments) is true and correct to the best of my knowledge and belief.

Dated: *4/29/2010*  _____
Debtor Representative

I certify that I have reviewed the information contained in the attached Monthly Status Report consisting of __*11*__ pages and based on my knowledge of this case and the debtor's financial and business affairs, this Monthly Status Report is accurate, complete, and does not contain any misrepresentation of which I am aware. I further certify that this report has been served on all parties as required by law or court order.

Dated: *5/4/2010*  _____
Attorney for Debtor

NARRATIVE ON PROGRESS OF CASE:

*Trustee is continuing to investigate Assets and operations*

# CASH RECEIPTS AND DISBURSEMENTS

**BEGINNING CASH POSITION** is the same figure as the **ENDING CASH POSITION** of prior month.

**BEGINNING CASH POSITION**

DATE: _3/01/2010_          AMOUNT: $ _148.72_

| CASH RECEIPTS | AMOUNT | CASH DISBURSEMENTS | AMOUNT |
|---|---|---|---|
| Description | | Description | |
| | | Inventory Purchased | |
| *See Attached* | | Salaries/Wages | |
| | | Taxes (Total) | |
| | | Insurance (Total | |
| | | Unsecured Loan Payments | |
| | | Utilities (Total) | |
| | | Rent | |
| | | Professional Fee | |
| | | Maintenance/Repair | |
| | | Maintenance/Repair | |
| | | OTHER DISBURSEMENTS (List) | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| TOTAL CASH RECEIPTS | | TOTAL DISBURSEMENTS | |

**ENDING CASH POSITION**

DATE: _3/31/2010_          AMOUNT: $ _2,221.73_

William Nolan and Martha Louise Hemphill-Nolan

| Description | Receipts | Disbursments | |
|---|---|---|---|
| Beginning Cash | | | 148.12 |
| Loan from Marvin Waxhaw Associates | 15,000.00 | | |
| William Nolan | | 2,000.00 | |
| Utilities | | 2,697.57 | |
| Personal Property Tax | | 560.52 | |
| Estate of Marie Nolan Funeral Expenses | | 4,449.65 | |
| Insurance | | 279.34 | |
| Health Insurance | | 212.50 | |
| Telephone | | 342.59 | |
| GMAC | | 2,384.22 | |
| | 15,000.00 | 12,926.39 | 2,073.61 |
| | | | 2,221.73 |

## SALARY/COMMISSION/INDEPENDENT CONTRACTOR PAYMENTS

### Insiders* (List name(s) and describe type of insider):

| NAME | TYPE | AMOUNT PAID |
|------|------|-------------|
| *William Nolan* | *Individual* | $ 2,000.00 |
| | | $ |
| | | $ |
| | | $ |
| | | $ |

### Non-Insider Employees
Type (i.e., Salaried, Wage)

| | AMOUNT PAID |
|--|-------------|
| | $ |
| | $ |
| | $ |
| | $ |

### Commission/Bonus Payments:

| | |
|--|--|
| | $ |
| | $ |
| | $ |
| | $ |

### Independent Contractors:

| NAME | TYPE | AMOUNT PAID |
|------|------|-------------|
| | | $ |
| | | $ |
| | | $ |
| | | $ |

Total   Salary/Wage/Commission/
Payments

$ 2,000.00

* "Insider" is defined in 11U.S.C. Sec101(31)

# BANK ACCOUNTS

> **ALL BANK STATEMENTS MUST BE ATTACHED**
>
> **FOR EACH ACCOUNT. PLEASE REPRODUCE THIS PAGE**
>
> **AND COMPLETE A SEPARATE PAGE FOR EACH ACCOUNT.**
>
> **ATTACH BANK STATEMENT TO CORRESPONDING PAGE.**

Name of Bank: _Citizens South_

Address: _PO Box 2249_
Street and/or P. O. Box Number

_Gastonia_          _NC_     _28053_
City              State      Zip Code

Type of Account:
(i.e., Payroll, Tax, Operating): _Operating_

Account Number: _████8215_

DATE PERIOD BEGINS: _3/1/2010_

| | |
|---|---|
| Ending Balance (per the attached bank statement for this period) | $ _13,148.12_ |
| Outstanding Deposits and Other Credits Not On Statement | $ _—_ |
| Outstanding Checks and Other Debits Not On Statement | $ _10,926.39_ |
| Ending Reconciled Balance* | $ _2,221.73_ |

DATE PERIOD ENDS: _3/31/2010_

Highest Daily Balance
During Above Period    $ _15,148.12_

*The sum of the ending balances of all accounts must reconcile with the Ending Cash Position on the Cash Receipts and Disbursements page.

 

## CITIZENS SOUTH

PO Box 2249
Gastonia NC 28053-2249

NC22

05292
**WILLIAM J NOLAN BANKRUPTCY ESTATE**          IM
**09-31456**                                   001
**EDWARD P BOWERS TRUSTEE**
**219 WILMONT DR**
**GASTONIA NC 28054**

Statement Date: March 31, 2010

Account Number :          ●●●●●8215
Enclosures:                       2

### CHECKING ACCOUNT

Beginning 2/27/2010, funds from checks we have made
available on the 5th business day after your deposit will be
available by the 2nd business day.

| FREE BUSINESS CHECKING | | Number of Enclosures | 2 |
|---|---|---|---|
| Account Number | ●●●●●8215 | Statement Dates  3/01/10 thru  3/31/10 | |
| Previous Balance | 649.92 | Days This Statement Period | 31 |
| 1 Deposits/Credits | 15,000.00 | | |
| 2 Checks/Debits | 2,501.80 | | |
| Service Charge | .00 | | |
| Interest Paid | .00 | | |
| Current Balance | 13,148.12 | | |

### DEPOSITS AND OTHER CREDITS

| Date | Description | Amount |
|---|---|---|
| 3/29 | DDA REGULAR DEPOSIT | 15,000.00 |

### CHECKS IN SERIAL NUMBER ORDER

| Date | Check No | Amount | Date | Check No | Amount |
|---|---|---|---|---|---|
| 3/01 | 100 | 501.80 | 3/31 | 102012* | 2,000.00 |

\* Indicates Missing Check Numbers

### DAILY BALANCE SUMMARY

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 3/01 | 148.12 | 3/29 | 15,148.12 | 3/31 | 13,148.12 |

Funds from checks we have made available on the 11th business day after your
deposit will be available by the 7th business day.  These changes apply only to
transaction accounts.



# PAYMENTS TO SECURED CREDITORS

___ No Secured Debt

___ No Secured Debt Payments Made During Reporting Period

_X_ All Secured Debt Payments Made During Reporting Period Are Listed Below:

| CREDITOR | COLLATERAL | DATE OF PAYMENT | AMOUNT |
|----------|-----------|-----------------|--------|
| GMAC | 2007 Cadillac | 3/29/2010 | 2,384.22 |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  | AMOUNT | $ |

# PAYMENTS ON PRE-PETITION DEBT

_X_ No payments have been made on pre-petition unsecured debt during the reporting period.

___ All payments made on pre-petition unsecured debt during reporting period are listed below:

| CREDITOR | COLLATERAL | DATE OF PAYMENT | AMOUNT |
|----------|-----------|-----------------|--------|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

## SALES/ACCOUNTS RECEIVABLE

I.   Accounts Receivable Pending As of: _____
                                        (Date of Reporting Period)

II.  Sales (gross) During Reporting Period:  $_____

III. Collections of Accounts Receivable
     During Reporting Period:                $_____

IV.  New Accounts Receivables Generated
     During Reporting Period:                $_____

| Pending Pre & Post Petition | Total | Collectible | Uncollectible |
|---|---|---|---|
| 0-30 DAYS | $ | $ | $ |
| 31-60 DAYS | $ | $ | $ |
| 61-90 DAYS | $ | $ | $ |
| 91-120 DAYS | $ | $ | $ |
| 120 DAYS AND OVER | $ | $ | $ |
| TOTAL | $ | $ | $ |

## INVENTORY (Cost Basis)

Beginning Date:_____    Ending Date:_____

**LIST BY CATEGORY OF INVENTORY USED FOR PRODUCTION OR RESALE*:**

| CATEGORY | BEGINNING | USED | ADDED | ADJUSTED | ENDING |
|---|---|---|---|---|---|
|  | $ | $ | $ | $ | $ |
|  | $ | $ | $ | $ | $ |
|  | $ | $ | $ | $ | $ |
|  | $ | $ | $ | $ | $ |
|  | $ | $ | $ | $ | $ |
| TOTALS | $ | $ | $ | $ | $ |

*Exclude capital items such as machinery and equipment and consumable items such as fuel and
 general supplies

## ACCRUED POST-PETITION LIABILITIES

___ No accrued liabilities existed at the end of this reporting period.

_X_ All accrued liabilities existing at the end of this reporting period are listed below or on the sheet
(s) attached.  Exclude current liabilities which are NOT past due

| NAME OF CREDITOR | DUE DATE | AMOUNT DUE |
|---|---|---|
|  |  |  |
|  |  |  |
| *See Attached* |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

Total Accrued Liabilities                    $ _____

William Nolan and Martha Louise Hemphill-Nolan
Accrued Post Petition Liabilities

|  | Due Date | Amount Due |
|---|---|---|
| Verizon | 4/2/2010 | 243.77 |
| Windstream | 4/19/2010 | 87.75 |
| Trinity Waste Service | 4/15/2010 | 140.00 |
| Time Warner Cable | 4/1/2010 | 204.06 |
| Nationwide | 4/17/2010 | 293.57 |
| Presbyterian Pathology | 4/22/2010 | 47.00 |
| Arboretum Dermatology | 3/31/2010 | 72.50 |
| Mid Atlantic Emg Med | 4/1/2010 | 516.00 |
| Lawrence Associates | 12/9/2010 | 84.50 |
| Windstream | 4/19/2010 | 412.00 |
| Windstream | 4/19/2010 | 283.32 |
| GMAC | 4/19/2010 | 1,192.11 |
| Union County Water | 5/13/2010 | 72.05 |
| Union Power | 4/23/2010 | 390.26 |
|  |  | 4,038.89 |

Trustee is continuing to review the books and records of Debtor to
determine whether post-petition liabilities are complete and accurate

## AFFIRMATIONS

1. Yes __X__   No _____   All tangible assets of this bankruptcy estate are adequately and properly insured and all other insurance required by law or prudent business judgment are in force.

2. Yes __X__   No _____   All insurance policies and renewals if applicable, have been submitted to the Bankruptcy Administrator.

3. Yes __X__   No _____   All tax returns have been filed timely and payments made. Copies of returns have been filed post-petition have been submitted to the Bankruptcy Administrator.

4. Yes __X__   No*_____   All post-petition taxes have been paid or deposited into a designated tax account.

5. Yes __X__   No _____   New Debtor-In-Possession (DIP) bank accounts have been opened and have been reconciled.

6. Yes __X__   No _____   New DIP financial books and records have been opened and are being maintained monthly and are current.

\*      If the response is "no", a listing must appear on the Accrued Post-Petition Liabilities sheet. The listing must include the name of the taxing authority, type of tax, the amount due and the period the tax was incurred.