UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

IN RE:                                          )        BANKRUPTCY #09-31456
                                                )        CHAPTER 7
WILLIAM JOSEPH NOLAN and                        )
MARTHA LOUISE HEMPHILL-NOLAN                    )
                                                )        AMENDMENT TO SCHEDULE F
                                                )
_____DEBTOR_____    )

The Debtor amends Schedule F to add the following creditor:

Charlotte Observer              ....3734                          $11,441.14
P.O. Box 32188                  Nolan Land & Construction
Charlotte, NC 28232-2188


Dated: 5/18/10

_____
Richard M. Mitchell
N.C. Bar #3034
Attorney for Debtors

OF COUNSEL
MITCHELL & CULP, PLLC
1001 Morehead Square Dr., St. 330
Charlotte, NC  28203
(704) 333-0630

**FORM B9E** (Chapter 11 Individual or Joint Debtor Asset Case) (10/05)                    Case Number 09-31456

## UNITED STATES BANKRUPTCY COURT
### Western District of North Carolina (Charlotte)

### Notice of Chapter 11 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 11 bankruptcy case concerning the debtor(s) listed below was filed on 6/5/09.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office.
NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

### See Reverse Side For Important Explanations.

Debtor(s) (name(s) used in the last 8 years, including married, maiden, trade and address):

| | |
|---|---|
| William Joseph Nolan III<br>aka   member managers Weddington Heights East III, LLC<br>aka   member managers Marvin Waxhaw Associates, LLC<br>aka   corp. officers H&N Grading & Clearing, Inc.<br>aka   corp. officers Hemphill Nolan Realty Group, Inc.<br>aka   member managers Beautiful View Investments, LLC<br>aka   corp. officers Union Development Services, Inc.<br>aka   corp. officers G.O.D. Development Corporation<br>aka   member managers Lake Louise, LLC<br>aka   member managers James Madison, LLC<br>dba   Weddington Hills Realty (partnership)<br>dba   Providence Downs South Architectural Control Committee<br>dba   (partnership)<br>dba   Nolan Land Construction (partnership)<br>       Providence Downs Architectural Control Committee (partnership)<br>4298 Weddington–Matthews Road<br>Weddington, NC 28104 | Martha Louise Hemphill–Nolan<br>aka   member managers Weddington Heights East III, LLC<br>aka   member managers Marvin Waxhaw Associates, LLC<br>aka   corp. officers H&N Grading & Clearing, Inc.<br>aka   corp. officers Hemphill Nolan Realty Group, Inc.<br>aka   member managers Beautiful View Investments, LLC<br>aka   corp. officers Union Development Services, Inc.<br>aka   corp.officers G.O.D. Development Corporation<br>aka   member managers Lake Louise, LLC<br>aka   member managers James Madison, LLC<br>dba   Weddington Hills Realty (partnership)<br>dba   Providence Downs South Architectural Control Committee<br>dba   (partnership)<br>dba   Nolan Land Construction ( partnership)<br>       Providence Downs Architectural Control Committee (partnership)<br>4298 Weddington–Matthews Road<br>Weddington, NC 28104 |

| Case Number:<br>09-31456 | Social Security/Taxpayer ID Nos.:<br>xxx–xx–9701<br>xxx–xx–8169 |
|---|---|

Attorney for Debtor(s) (name and address):
Richard M. Mitchell
Mitchell & Culp, PLLC
1001 Morehead Square Drive
Suite 330
Charlotte, NC 28203

Telephone number: (704) 333–0630

### Meeting of Creditors:

Date: **July 8, 2009**                    Time: **02:00 PM**

Location: **U.S. Bankruptcy Administrators Office, 402 West Trade Street, Suite 205, Charlotte, NC 28202**

### Deadlines:

FILE A PROOF OF CLAIM WITH ATTACHMENTS ELECTRONICALLY WITH THE CLERK OF THE BANKRUPTCY COURT ON THE BANKRUPTCY COURT'S WEB SITE AT www.ncwb.uscourts.gov.
**Deadline to File a Proof of Claim:**
For all creditors(except a governmental unit): **10/6/09**      For a governmental unit: **180 days from date of voluntary petition, order for relief, or conversion, whichever is later.**

**Deadline to File a Complaint to Determine Dischargeability of Certain Debts: 9/8/09**

**Deadline to File a Complaint Objecting to Discharge of the Debtor:**
*First date set for hearing on confirmation of plan.*
Notice of that date will be sent at a later time.

**Deadline to Object to Exemptions:**
Thirty (30) days after the *conclusion* of the meeting of creditors.

### Creditors May Not Take Certain Actions:

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

| Foreign Creditors | |
|---|---|
| A creditor to whom this notice is sent at a foreign address should read the information under "Claims" on the reverse side. | |
| **Address of the Bankruptcy Clerk's Office:**<br>Charlotte Division<br>P.O. Box 34189<br>Charlotte, NC 28234−4189<br><br>Telephone number: 704−350−7500 | **For the Court:**<br><br>Clerk of the Bankruptcy Court:<br>David E. Weich |
| Hours Open: 8:30 AM − 4:30 PM, Monday − Friday | Date: 6/8/09 |

# EXPLANATIONS

FORM B9E (10/05)

| | |
|---|---|
| Filing of Chapter 11 Bankruptcy Case | A bankruptcy case under chapter 11 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. Chapter 11 allows a debtor to reorganize or liquidate pursuant to a plan. A plan is not effective unless confirmed by the court. You may be sent a copy of the plan and a disclosure statement telling you about the plan, and you might have the opportunity to vote on the plan. You will be sent notice of the date of the confirmation hearing. You may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the debtor's property and may continue to operate the debtor's business. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; garnishing or deducting from the debtor's wages; and starting or continuing lawsuits or foreclosures. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. The court, after notice and a hearing, may order that the United States Bankruptcy Administrator not convene the meeting if the debtor has filed a plan for which the debtor solicited acceptances before filing the case. |
| Claims | A Proof of Claim is a statement describing a creditor's claim and must be filed electronically with the Bankruptcy Court at the Bankruptcy court's web site at www.ncwb.uscourts.gov. If your claim is scheduled and is *not* listed as disputed, contingent, or unliquidated, it will be allowed in the amount scheduled unless you filed a Proof of Claim or you are sent further notice about the claim. Whether or not your claim is scheduled, you are permitted to file a Proof of Claim. If your claim is not listed at all *or* if your claim is listed as disputed, contingent, or unliquidated, then you must file a Proof of Claim by the "Deadline to File Proof of Claim" listed on the front side, or you might not be paid any money on your claim and may be unable to vote on the plan. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. If you do not file a Proof of Claim by the "Deadline to File a Proof of Claim" listed on the front side, you might not be paid any money on your claim from other assets in the bankruptcy case. To be paid you must file a Proof of Claim even if your claim is listed in the schedules filed by the debtor. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. **Filing Deadline for a Foreign Creditor:** The deadlines for filing claims set forth on the front of this notice apply to all creditors. If this notice has been mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Discharge of Debts | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See Bankruptcy Code §1141(d). Unless the court orders otherwise, however, the discharge will not be effective until completion of all payments under the plan. A discharge means that you may never try to collect the debt from the debtor except as provided in the plan. If you believe that a debt owed to you is not dischargeable under Bankruptcy Code § 523(a)(2), (4), or (6), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts" listed on the front side. The bankruptcy clerk's office must receive the complaint and the required filing fee by that Deadline. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §1141(d)(3), you must file a complaint with the required filing fee in the bankruptcy clerk's office not later than the first date set for the hearing on confirmation of the plan. You will be sent another notice informing you of that date. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors even if the debtor's case is converted to chapter 7. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objection by the "Deadline to Object to Exemptions" listed on the front side. |
| Foreign Creditors | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

## ――― Refer to Other Side for Important Deadlines and Notices ―――

NOTICE IS HEREBY GIVEN that if the debtor fails to appear at the first meeting of creditors, or if the debtor fails to file all schedules, statements, lists and other documents required to be filed by the Federal Rules of Bankruptcy Procedures and the Local Bankruptcy Rules of this Court within the time period set forth in these rules, the debtor's case will be subject to dismissal without further notice or opportunity for hearing.

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the AMENDMENT TO SCHEDULE F (without amendment) and NOTICE OF BANKRUPTCY were served on the parties listed below by mailing a copy thereof to each of said parties in an envelope addressed to him at the address indicated below with proper postage attached and deposited in an official depository under the exclusive care and custody of the United States Post Office Department on the 18th day of May, 2010.

U.S. Bankruptcy Administrator
(via electronic mail)

Charlotte Observer
P.O. Box 32188
Charlotte, NC 28232-2188

Edward Bowers
Bankruptcy Trustee
(via electronic mail)

Richard M. Mitchell
Attorney for Debtor
Mitchell & Culp, PLLC
1001 Morehead Square Dr., Ste. 330
Charlotte, NC 28203
704/333-0630

B6F (Official Form 6F) (12/07)

In re   **William Joseph Nolan, III   Martha Louise Hemphill-Nolan**                    Case No.   **09-31456**
                                        Debtors                                                                      (If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   ....8215<br><br>**All Points Waste Service, Inc.**<br>P.O. Box 2458<br>Indian Trail, NC 28079 | | J | **Hemphill-Nolan Realty Group, Inc.**<br>**BUSINESS** | | | | 726.89 |
| ACCOUNT NO.   ....L050<br><br>**American Burglar Alarms**<br>P.O. Box 241897<br>Charlotte, NC 28224-1897 | | J | **Hemphill-Nolan Realty Group, Inc.**<br>**BUSINESS** | | | | 3,145.77 |
| ACCOUNT NO.   ....1001<br><br>**American Express**<br>P.O. Box 650448<br>Dallas, TX 75265-0448 | | J | **Hemphill-Nolan Group**<br><br>**BUSINESS** | | | | 1,086.47 |
| ACCOUNT NO.   ....9689<br><br>**America's Servicing Co.**<br>P.O. Box 9039<br>Temecula, CA 92589-9039 | | W | **10 acres Vermillian House** | | | | 530,615.00 |

18   Continuation sheets attached

Subtotal ➤ $   **535,574.13**

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **William Joseph Nolan, III   Martha Louise Hemphill-Nolan**                      Case No. **09-31456**
_____                                                    _____
Debtors                                                                                    (If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.    ....2452 **Applied Bank** P.O. Box 17120 Wilmington, DE 19886-7120 | | W | | | | | 1,117.39 |
| ACCOUNT NO.    ....0220 **ASC Construction Equipment, USA** 9115 Harris Corners Parkway Suite 450 Charlotte, NC 28269 | | J | Hemphill-Nolan Realty Group, Inc. BUSINESS | | | | 239.94 |
| ACCOUNT NO.    ....5818 **ATC Engineering** 1841 West Oak Pkwy. Suite F Marietta, GA 30062-2216 | | J | Hemphill-Nolan Realty Group, Inc. BUSINESS | | | | 485.00 |
| ACCOUNT NO.    ....7160 **B & L of Florence, Inc.** P.O. Box 5839 Florence, SC 29502 | | J | Hemphill-Nolan Realty Group, Inc. BUSINESS | | | | 2,390.27 |
| ACCOUNT NO.    ....7766 **Bailey and Dixion Firm** P.O. Box 1352 Raleigh, NC 27602 | | J | Hemphill-Nolan Realty Group, Inc. BUSINESS | | | | 2,815.55 |

Sheet no. _1_ of _18_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal  ➢  $      **7,048.15**

Total  ➢  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **William Joseph Nolan, III    Martha Louise Hemphill-Nolan**                     Case No.  **09-31456**
                                    Debtors                                                         (If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  ....9481 <br> **Bloomingdales** <br> P.O. Box 183083 <br> Columbus, OH 43218-3083 | | W | | | | | 1,771.13 |
| ACCOUNT NO. <br> **Blount, Jr., Norman R.** <br> and James Smith <br> 22045 Preswick Dr. <br> Ft. Mill, SC 29707 | | J | | | | | 30,000.00 |
| ACCOUNT NO.  ....414 <br> **Blowing Rock** <br> Town of Blowing Rock <br> 1036 Main Street <br> P.O. Box 47 <br> Blowing Rock, NC 28605 | | J | | | | | 490.53 |
| ACCOUNT NO.  ....1021 <br> **Blythe Construction, Inc.** <br> P.O. Box 31635 <br> Charlotte, NC 28231 | | J | **Hemphill-Nolan Realty Group, Inc.** <br> BUSINESS | | | | 6,163.13 |
| ACCOUNT NO.  ....MNOL <br> **Brewer Hendley Oil** <br> P.O. Box 769 <br> Marshville, NC 28103 | | J | **Hemphill-Nolan Realty Group, Inc.** <br> BUSINESS | | | | 3,258.72 |

Sheet no.  2  of 18 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤ $              41,683.51

Total  ➤ $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  **William Joseph Nolan, III   Martha Louise Hemphill-Nolan**                         Case No.  **09-31456**
                                                    Debtors                                                              (If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   ....330M | | J | Hemphill-Nolan Realty Group, Inc. BUSINESS | | | | 20,565.91 |
| **Brough Law Firm** 1829 E. Franklin St. 800-A Chapel Hill, NC 27514 | | | | | | | |
| ACCOUNT NO.   ....8390 | | J | | | | | 2,305.96 |
| **Caldwell County Tax Coll.** P.O. Box 2200 Lenoir, NC 28645 | | | | | | | |
| ACCOUNT NO.   ....8683 | | W | | | | | 251.70 |
| **Capital One** P.O. Box 71083 Charlotte, NC 28272-1083 | | | | | | | |
| ACCOUNT NO.   ....4369 | | J | | | | | 1,698.54 |
| **Capital One** P.O. Box 71083 Charlotte, NC 28272-1083 | | | | | | | |
| ACCOUNT NO.   ....4441 | | H | | | | | 569.46 |
| **Capital One** P.O. Box 71083 Charlotte, NC 28272-1083 | | | | | | | |

Sheet no.  3  of  18  continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal  ➢  $  **25,391.57**

Total  ➢  $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re **William Joseph Nolan, III   Martha Louise Hemphill-Nolan**          Case No. **09-31456**
_____
Debtors                                                                    (If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. ....3742 <br><br>**Capital One** <br>**P.O. Box 71083** <br>**Charlotte, NC 28272-1083** | | J | **Hemphill-Nolan Group** <br><br>**BUSINESS** | | | | **5,890.85** |
| ACCOUNT NO. ....5197 <br><br>**Capital One** <br>**P.O. Box 15153** <br>**Charlotte, NC 28272-1083** | | W | | | | | **1,553.58** |
| ACCOUNT NO. ....9420 <br><br>**Capital One** <br>**P.O. Box 71083** <br>**Charlotte, NC 28272-1083** | | J | | | | | **887.00** |
| ACCOUNT NO. ....6309 <br><br>**Capital One** <br>**P.O. Box 71083** <br>**Charlotte, NC 28272-1083** | | H | | | | | **6,231.41** |
| ACCOUNT NO. <br><br>**Carolina Custom Walls** <br>**3592 Keever Dairy Farm Rd.** <br>**Iron Station, NC 28080** | | J | **Hemphill-Nolan Realty Group, Inc.** <br>**BUSINESS** | | | | **1,050.00** |

Sheet no. _4_ of _18_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➢  $ **15,612.84**

Total  ➢  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **William Joseph Nolan, III   Martha Louise Hemphill-Nolan**                     Case No.   **09-31456**
                              Debtors                                                                (If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | J | | | | | 8,744.67 |
| **Carolina Mailboxes** **327-C West Tremont Ave.** **Charlotte, NC 28203** | | | **Hemphill-Nolan Realty Group, Inc.** **BUSINESS** | | | | |
| ACCOUNT NO.    ....5314 | | J | | | | | 4,115.20 |
| **Carolina Tractor & Equipment** **9000 Statesville Rd.** **Charlotte, NC 28269-7642** | | | **Hemphill-Nolan Realty Group, Inc.** **BUSINESS** | | | | |
| ACCOUNT NO. | | J | | | | | NPO |
| **Charles H. Cranford** **Cranford, Schultz** **7257 Pineville Matthews Rd.** **Suite 2100** **Charlotte, NC 28226** | | | **ADDED 6/11/09** | | | | |
| ACCOUNT NO.    ....3734 | | J | | | | | 11,441.14 |
| **Charlotte Observer** **P.O. Box 32188** **Charlotte, NC 28232-2188** | | | **Nolan Land & Construction** **ADDED 5/18/10** | | | | |
| ACCOUNT NO.    ....7932 | | W | | | | | 4,460.72 |
| **Chase** **P.O. Box 15153** **Wilmington, DE  19886-5153** | | | | | | | |

Sheet no.  5 of 18 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $          **28,761.73**

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **William Joseph Nolan, III    Martha Louise Hemphill-Nolan**                    Case No.  **09-31456**
                                        Debtors                                                  (If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.    ....4144 | | H | | | | | 5,116.85 |
| **Chase** **P.O. Box 15153** **Wilmington, DE 19886-5153** | | | | | | | |
| ACCOUNT NO.    ....6286 | | W | | | | | 2,376.98 |
| **Chase** **P.O. Box 15153** **Wilmington, DE 19886-5153** | | | | | | | |
| ACCOUNT NO.    ....8330 | | H | | | | | 5,246.32 |
| **Chase** **P.O. Box 15153** **Wilmington, DE 19886-5153** | | | | | | | |
| ACCOUNT NO.    ....4495 | | W | | | | | 969.15 |
| **Citi Platinum** **P.O. Box 182564** **Columbus, OH 43218-2564** | | | | | | | |
| ACCOUNT NO.    ....0125 | | J | | | | | 3,145.45 |
| **CPI Security** **4200 Sandy Porter Rd.** **Charlotte, NC 28273** | | | **Hemphill-Nolan Realty Group, Inc.** **BUISNESS** | | | | |

Sheet no.  6  of 18 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ⟩  $            **16,854.75**

Total  ⟩  $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  **William Joseph Nolan, III   Martha Louise Hemphill-Nolan**                    Case No. **09-31456**
_____                                    _____
Debtors                                                      (If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   ....4375<br><br>**Crafters Choice**<br>**P.O. Box 5023**<br>**New York, NY 10163** | | W | | | | | **327.62** |
| ACCOUNT NO.<br><br>**Denninger, Jeff & Susanne**<br>**4103 Hermes Lane**<br>**Waxhaw, NC 28173** | | J | ADDED 6/11/09 | | | | **162,000.00** |
| ACCOUNT NO.<br><br>**Edwards, Lawrence R.**<br>**19907 Wymna Way**<br>**Germantown, MD 20874** | | J | | | | | **Notice** |
| ACCOUNT NO.   ....0.000<br><br>**ESP Associates, PA**<br>**P.O. Box 7030**<br>**Charlotte, NC 28241** | | J | **Hemphill-Nolan Realty Group, Inc.**<br>**BUSINESS** | | | | **1,165.00** |
| ACCOUNT NO.<br><br>**Express Sign Works**<br>**P.O. Box 2726**<br>**Indian Trail, NC 28079** | | J | **Hemphill-Nolan Realty Group, Inc.**<br>**BUSINESS** | | | | **7,484.83** |

Sheet no. _7_ of _18_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $                **170,977.45**

Total  ➤  $
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **William Joseph Nolan, III   Martha Louise Hemphill-Nolan**                     Case No.   **09-31456**
_____                                          _____
Debtors                                                                                  (If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **Ezzell, Vaughn T.** P.O. Box 282 Waxhaw, NC 28173 | | J | 15.49 acres V. Ezzell | | | | 1,090,500.00 |
| ACCOUNT NO. **Gallery of Flowers** 9009-5 J.M. Keynes Dr. Charlotte, NC 28262 | | J | Hemphill-Nolan Realty Group, Inc. BUSINESS | | | | 4,191.52 |
| ACCOUNT NO. **....0663** **Good Cook** P.O. Box 5023 New York, NY 10163 | | W | | | | | 369.64 |
| ACCOUNT NO. **Hemphill, Frederick & Daniella** 9716-B Rea Rd. Box 140 Charlotte, NC 28277 | | J | AMOUNT AMENDED 6/11/09 | | | | 185,000.00 |
| ACCOUNT NO. **....7119** **Hertz Equipment Rental** P.O. Box 65028 Dallas, TX 75265-0280 | | J | Hemphill-Nolan Realty Group, Inc. BUSINESS | | | | 5,354.16 |

Sheet no. _8_ of _18_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal  ➢  $      **1,285,415.32**

Total  ➢  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **William Joseph Nolan, III    Martha Louise Hemphill-Nolan**        Case No. **09-31456**
_____
Debtors                                                      (If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  ....5454<br><br>**Home Depot**<br>**P.O. Box 6029**<br>**The Lakes, NV 88901-6029** | | J | **Hemphill-Nolan Group**<br><br>**BUSINESS** | | | | **2,345.60** |
| ACCOUNT NO.<br><br>**James River Equipment**<br>**635 Mocksville Hwy.**<br>**Statesville, NC 28625** | | J | **Hemphill-Nolan Realty Group, Inc.**<br>**BUSINESS** | | | | **40.90** |
| ACCOUNT NO.<br><br>**Koch Law Firm**<br>**3220 Prosperity Church Rd.**<br>**Suite 201**<br>**Charlotte, NC 28269** | | J | | | | | **25,000.00** |
| ACCOUNT NO.<br><br>**Landscape Creations**<br>**P.O. Box 1225**<br>**Indian Trail, NC 28079** | | J | **Hemphill-Nolan Realty Group, Inc.**<br>**BUSINESS** | | | | **3,740.50** |
| ACCOUNT NO.<br><br>**Long's Dry Cleaning**<br>**918 E. Morehead St.**<br>**Charlotte, NC 28204** | | W | | | | | **509.51** |

Sheet no. 9 of 18 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➢ $      **31,636.51**

Total ➢ $
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **William Joseph Nolan, III    Martha Louise Hemphill-Nolan**                    Case No.  **09-31456**
                                    Debtors                                                              (If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   ....8144 | | W | | | | | 3,457.23 |
| **Lowes** P.O. Box 53053-0914 Atlanta, GA 30353-0914 | | | | | | | |
| ACCOUNT NO. | | J | | | | | 6,900.00 |
| **Lyndell Thompson** 5817 Lebanon Rd. Charlotte, NC 28227 | | | **Hemphill-Nolan Realty Group, Inc. BUSINESS** | | | | |
| ACCOUNT NO.   ....6149 | | J | | | | | Unknown |
| **Main Street Bank** 23970 US Highway 59 N Kingwood, TX 77339 | | | **ADDED 6/30/09** **Hemphill-Nolan Realty** | | | | |
| ACCOUNT NO.   ....0662 | | J | | | | | 954.09 |
| **Mainline Supply Co.** 7025 Northwinds Dr., NW Concord, NC 28027 | | | **Hemphill-Nolan Realty Group, Inc. BUSINESS** | | | | |
| ACCOUNT NO. | | J | | | | | 34,616.77 |
| **Marsh, Richard** 828 E. Boulevard Charlotte, NC 28203 | | | | | | | |

Sheet no.  10  of  18  continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal  >  $          45,928.09

Total  >  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **William Joseph Nolan, III   Martha Louise Hemphill-Nolan**
                          Debtors

Case No. **09-31456**
(If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **McCoy Plumbing** 10000 Community House Rd. Charlotte, NC 28277 | | J | Hemphill-Nolan Realty Group, Inc. BUSINESS | | | | 19,610.80 |
| ACCOUNT NO. **McGee Brothers Company** 4608 Carriker Rd. Monroe, NC 28110 | | J | Hemphill-Nolan Realty Group, Inc. BUSINESS | | | | 2,770.50 |
| ACCOUNT NO. **Mecklenburg Medical Group** P.O. Box 70826 Charlotte, NC 28272-0826 | | H | | | | | 25.00 |
| ACCOUNT NO. ....6753 **Mod Space Offices** 1200 Swedesford Rd. Berwyn, PA 19312-1078 | | J | Hemphill-Nolan Realty Group, Inc. BUSINESS  LEASE of double wide unit | | | | 2,358.72 |
| ACCOUNT NO. McGlone **NC Real Estate Comm.** P.O. Box 17100 Raleigh, NC 27619-7100 | | W | | | | | 16,000.00 |

Sheet no. _11_ of _18_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤ $   **40,765.02**

Total  ➤ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **William Joseph Nolan, III   Martha Louise Hemphill-Nolan**        Case No.  **09-31456**
_____
                                    Debtors                                                  (If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   ....0771 <br> **Neimans** <br> **P.O. Box 5235** <br> **Carol Stream, IL 60197-5235** | | W | | | | | 7,603.51 |
| ACCOUNT NO. <br> **Nolan, Marie** <br> **4298 Weddington-Matthews Rd.** <br> **Weddington, NC 28104** | | J | | | | | 68,000.00 |
| ACCOUNT NO. <br> **Nolan, Tom & Mary** <br> **20319 Middletown Rd.** <br> **Cornelius, NC 28031** | | J | | | | | Unknown |
| ACCOUNT NO.   ....1106 <br> **Nordstrom** <br> **P.O. Box 79134** <br> **Phoenix, AZ 85062-9134** | | W | | | | | 781.27 |
| ACCOUNT NO.   ....OLM1 <br> **Omnicare-Hickory** <br> **1257 25th St., SE** <br> **Hickory, NC 28602** | | H | | | | | 2,405.41 |

Sheet no.  12  of  18  continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $    **78,790.19**

Total  ➤  $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  **William Joseph Nolan, III    Martha Louise Hemphill-Nolan**                    Case No. **09-31456**
                                                    Debtors                                                                        (If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | J | | | | | 5,000.00 |
| **Petrillo, Paul C.** **1142 Carol Court** **Weddington, NC 28104** | | | | | | | |
| ACCOUNT NO. | | J | | | | | 2,207.28 |
| **Porta Jon** **212 Bulb Avenue** **Gastonia, NC 28052** | | | **Hemphill-Nolan Realty Group, Inc.** **BUSINESS** | | | | |
| ACCOUNT NO. | | J | | | | | 347,000.00 |
| **Providence Downs South, ACC** **4298 Weddington Matthews Rd.** **Weddington, NC 28104** | | | **Hemphill-Nolan Realty Group, Inc.** **BUSINESS** | | | | |
| ACCOUNT NO. | | J | | | | | 90,000.00 |
| **Providence Downs, ACC** **4298 Weddington Matthews Rd.** **Weddington, NC 28104** | | | **Hemphill-Nolan Realty Group, Inc.** **BUSINESS** | | | | |
| ACCOUNT NO. | | J | | | | | 64,333.91 |
| **R.D. Davis** **P.O. Box 470085** **Charlotte, NC 28247** | | | **Hemphill-Nolan Realty Group, Inc.** **BUSINESS** | | | | |

Sheet no. _13_ of _18_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $  **508,541.19**

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re    **William Joseph Nolan, III    Martha Louise Hemphill-Nolan**                Case No.    **09-31456**
                                                    Debtors                                          (If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | J | Hemphill-Nolan Realty Group, Inc. BUSINESS | | | | 168.77 |
| R.S. Braswell Company P.O. Box 1197 Kannapolis, NC 28082 | | | | | | | |
| ACCOUNT NO. | | J | | | | | 3,625.40 |
| Residential Structures 4855 Milford Way Ft. Mill, SC 29708 | | | | | | | |
| ACCOUNT NO.    ....2479 | | W | | | | | 2,573.30 |
| Saks P.O. Box 5224 Carol Stream, IL 60197-5224 | | | | | | | |
| ACCOUNT NO. | | J | | | | | 30,000.00 |
| Simons, Noel F. and Lawrence R. Edwards 19907 Wymna Way Germantown, MD 20874 | | | | | | | |
| ACCOUNT NO. | | J | | | | | Notice |
| Smith, James 22045 Preswick Dr. Ft. Mill, SC 29707 | | | | | | | |

Sheet no. __14__ of __18__ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $                      **36,367.47**

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **William Joseph Nolan, III   Martha Louise Hemphill-Nolan**                    Case No. **09-31456**
                                   Debtors                                                (If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> **Sunrise on Providence 63155 P.O. Box 630500 Baltimore, MD 21263-0500** | | H | | | | | **8,641.77** |
| ACCOUNT NO. <br><br> **Sweep-A-Lot P.O. Box 77024 Charlotte, NC 28271-7000** | | J | **Hemphill-Nolan Realty Group, Inc. BUSINESS** | | | | **616.25** |
| ACCOUNT NO. <br><br> **The Corner Stone Masonry of Charlotte 632 Heritage View Indian Trail, NC 28079** | | J | **Hemphill-Nolan Realty Group, Inc. BUSINESS** | | | | **1,685.00** |
| ACCOUNT NO. <br><br> **The Working Glass P.O. Box 3090 Indian Trail, NC 28079** | | J | **Hemphill-Nolan Realty Group, Inc. BUSINESS** | | | | **1,697.50** |
| ACCOUNT NO. <br><br> **TJ Masonry, Inc. RE 1 Box 65-C Polkton, NC 28135** | | J | **Hemphill-Nolan Realty Group, Inc. BUSINESS** | | | | **3,000.00** |

Sheet no. 15 of 18 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➢ $         **15,640.52**

Total  ➢ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **William Joseph Nolan, III    Martha Louise Hemphill-Nolan**                Case No.  **09-31456**
                                                Debtors                                                                    (If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | J | Hemphill-Nolan Realty Group, Inc. BUSINESS | | | | 6,192.00 |
| **Today's Custom Home Consumer Source, Inc.** P.O. Box 402035 Atlanta, GA 30384-2035 | | | | | | | |
| ACCOUNT NO. | | J | | | | | 658.27 |
| **Town of Weddington** 1924 Weddington Rd. Weddington, NC 28104 | | | | | | | |
| ACCOUNT NO.     **Williamsburg Sub.** | | J | | | | | 18,084.20 |
| **Union Cty. Tax Coll.** P.O. Box 38 Monroe, NC 28111-0038 | | | | | | | |
| ACCOUNT NO. | | J | | | | | 16,986.46 |
| **Union Cty. Tax Coll.** P.O. Box 38 Monroe, NC 28111-0038 | | | | | | | |
| ACCOUNT NO. | | J | Hemphill-Nolan Realty Group BUSINESS | | | | 197.25 |
| **Union Cty. Tax Coll.** P.O. Box 38 Monroe, NC 28111-0038 | | | | | | | |

Sheet no.  16  of  18  continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $        **42,118.18**

Total  ➤  $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  **William Joseph Nolan, III   Martha Louise Hemphill-Nolan**          Case No.  **09-31456**
                                          Debtors                                        (If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>**Vandeventer Black, LLP** <br>**Two Hanover Sq.** <br>**Suite 2000** <br>**434 Fayetteville St.** <br>**Raleigh, NC 27601** | | W | | | | | **470.44** |
| ACCOUNT NO.    ....**8682** <br><br>**Victoria Secret** <br>**P.O. Box 659728** <br>**San Antonio, TX 78265-9728** | | W | | | | | **1,116.25** |
| ACCOUNT NO. <br><br>**Village of Marvin** <br>**10004 New Town Road** <br>**Marvin, NC 28173** | | J | **ADDED 11/18/09** <br><br>....**005E; ....8008; ....008A;** <br>....**8010; ....010A; ....007B;** <br>....**007C; ....5011; ....012B** | | | | **NPO** |
| ACCOUNT NO.    ....**8553** <br><br>**Vulcan Materials Company** <br>**P.O. Box 4239** <br>**Winston-Salem, NC 27115-4239** | | J | **Hemphill-Nolan Realty Group, Inc.** | | | | **52,843.72** |
| ACCOUNT NO.    ....**5808** <br><br>**Wachovia Bank** <br>**Commercial Loan Serv.** <br>**P.O. Box 704502** <br>**Atlanta, GA 30374-0502** | | W | **Lot 413** <br>**BUSINESS-Beautiful View** | | | | **149,079.54** |

Sheet no.  17  of  18  continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  >  $            **203,509.95**

Total  >  $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

**B6F (Official Form 6F) (12/07) - Cont.**

In re  **William Joseph Nolan, III   Martha Louise Hemphill-Nolan**                Case No.  **09-31456**
                          Debtors                                                                        (If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Westra, Bob<br>7600 Park Rd.<br>Charlotte, NC 28210 | | W | | | | | 7,500.00 |
| ACCOUNT NO.<br>Wetlands and Natural Resources Consultants<br>P.O. Box 882<br>Canton, NC 28716 | | J | Hemphill-Nolan Realty Group, Inc.<br>BUSINESS | | | | 31,379.35 |
| ACCOUNT NO. ....6538<br>Williams Scotsman Office Corporate Operations<br>8211 Town Center Dr.<br>Baltimore, MD 21236 | | J | Hemphill-Nolan Realty Group, Inc.<br>BUSINESS<br><br>LEASE of office space | | | | 1,752.51 |

Sheet no. 18 of 18 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal > $ **40,631.86**

Total > $ **3,171,248.43**

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

**B6 Summary (Official Form 6 - Summary) (12/07)**

# United States Bankruptcy Court

## Western District of North Carolina

## Charlotte Division

In re  **William Joseph Nolan, III    Martha Louise Hemphill-Nolan**   ,

Debtors

Case No.  **09-31456**

Chapter  **11**

# AMENDED - SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | $    6,615,000.00 | | |
| B - Personal Property | YES | 4 | $   10,145,051.00 | | |
| C - Property Claimed as Exempt | YES | 1 | | | |
| D - Creditors Holding Secured Claims | YES | 5 | | $    3,000,665.20 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 2 | | $       23,608.09 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 19 | | $    3,171,248.43 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I -  Current Income of Individual Debtor(s) | YES | 1 | | | $       24,000.00 |
| J - Current Expenditures of Individual Debtor(s) | YES | 2 | | | $       24,598.00 |
| TOTAL | | 37 | $   16,760,051.00 | $    6,195,521.72 | |

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
## Western District of North Carolina
### Charlotte Division

In re **William Joseph Nolan, III    Martha Louise Hemphill-Nolan**

Debtors

Case No. **09-31456**

Chapter **11**

## AMENDED - STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☑ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

This information is for statistical purposes only under 28 U.S.C. § 159.

Summarize the following types of liabilities, as reported in the Schedules, and total them.

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $  0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $  23,608.09 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $  0.00 |
| Student Loan Obligations (from Schedule F) | $  0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E. | $  0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $  0.00 |
| TOTAL | $  23,608.09 |

State the following:

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $  24,000.00 |
| Average Expenses (from Schedule J, Line 18) | $  24,598.00 |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $  0.00 |

# United States Bankruptcy Court
## Western District of North Carolina
### Charlotte Division

In re  **William Joseph Nolan, III   Martha Louise Hemphill-Nolan**

Debtors

Case No.   **09-31456**

Chapter   **11**

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $   **113,831.85** |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $   **23,608.09** | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $   **0.00** |
| 4. Total from Schedule F | | $   **3,171,248.43** |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $   **3,285,080.28** |